# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155359

*In re* CM and AM, Minors.

SC: 155359
COA: 322913
Mackinac CC Family Division:
2012-006082-NA

_____/

On order of the Court, the application for leave to appeal the February 7, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk

d1213